# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Reem Bridals, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>The Burlington Insurance Company and Alterra America Insurance Company,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-07817 |

## APPEARANCE OF COUNSEL

To:　　The clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Alterra America Insurance Company n/k/a Pinnacle National Insurance Company.

Dated: September 22, 2025　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　**TROUTMAN PEPPER LOCKE LLP**

　　　　　　　　　　　　　　　　　　　　By: *s/ Daniel W. Cohen*
　　　　　　　　　　　　　　　　　　　　　　Daniel W. Cohen (Bar No. DC1789)
　　　　　　　　　　　　　　　　　　　　　　875 3rd Ave
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　(212) 704-6256
　　　　　　　　　　　　　　　　　　　　　　Dan.Cohen@troutman.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Alterra America Insurance Company n/k/a Pinnacle National Insurance Company*