# EXHIBIT D

## 1 RCNY §101-08

### CHAPTER 100

#### Subchapter A Administration

**§101-08 Required Insurance and Indemnification**

(a)     **Definitions.** For the purposes of this section, all terms used herein shall have the same meanings as set forth in the building code. In addition, the following terms shall have the following meanings:

     (1)     Adjacent building. A building of record sharing a lot line with the property for which a permit is issued.

     (2)     Major Alteration. Alteration of an existing building involving demolition of more than 50% of its floor area; work that will result in the removal of one or more floors of an existing structure; or horizontal or vertical enlargement affecting the exterior envelope of an existing building.

     (3)     Permit. Any of the permit types set forth in items 1-5 of Administrative Code §28-105.2, as well as permits for the installation of sidewalk sheds or scaffolds.

     (4)     Permittee. The person who or entity that obtains or renews a permit. Such term shall include an applicant for a permit.

(b)     **Applicability.** This rule applies to permits as defined in subdivision (a) of this section.

(c)     **Permit issuance and renewal.** For permits requiring proof of insurance under this section, no permit shall be issued or renewed until the permittee has provided the department with proof of insurance in accordance with subdivision (g) hereof.

(d)     **Insurance requirements.**

     (1)     Liability insurance.

        (i)     As a condition to the issuance or renewal of a permit for which project-specific liability insurance is required under Table 1 in subparagraph (ii) of this paragraph, the permittee shall procure and maintain commercial general liability insurance for the type of work to be performed as described in the permit, with total per-occurrence and aggregate limits at least as high as those set forth in Table 1. This total minimum limit may be achieved through any combination of primary, excess, umbrella or wrap-up policies, so long as those policies:

           (A)     are issued by a company or companies that may lawfully issue the required policy and has an A.M. Best rating of at least A-"VII" or a Standard and Poor's rating of at least A;

           (B)     provide coverage at least as broad as set forth in the most recent edition of Insurance Services Office (ISO) Form CG 0001;

           (C)     provide that the city, together with its officials and employees, is an Additional Insured with coverage at least as broad as set forth in the most recent edition of ISO Forms CG 2012 or CG 2026;

           (D)     provide a total aggregate limit of coverage (equal to or above the per-occurrence limit) that applies exclusively to the project for which the permit is issued (pursuant to a project-specific policy or a per-project aggregate limit endorsement such as ISO Form CG 2503); and

(E)   contain none of the following exclusions:

1. completed operations exclusion;
2. XCU exclusion;
3. an insured contract exclusion broader than any contained in the most recent edition of ISO Form CG 0001;
4. third party actions over exclusion;
5. where project involves residential construction, a residential construction exclusion;
6. where project involves use of an Exterior Insulation & Finish System (EFIS), an EFIS exclusion;
7. exclusion for work performed within the city of New York;
8. exclusion for the type of work to be performed as described in the permit(s) issued by the department.

(ii)   Table 1 (minimum per-occurrence and project-specific aggregate limits):

| Criterion 1 | Criterion 2 (Tower Crane Y/N)[2] | Criterion 3 (Permit Type) | Criterion 4 (Proposed Height or Height of Tallest Adjacent Building) | Required Project Specific Coverage |
|---|---|---|---|---|
| 1/2 Family Home AND Depth of Excavation < 12' AND Proposed Construction is not on a lot line with an existing structure AND Proposed Height < 35' | NO | Foundation and earthwork[1], New Building[1], Full Demo[1], or Major Alteration[1] | See Criterion 1 | N/A, but comply with the requirements of (d)(1)(iv) |
| Not 1/2 Family Home<br><br>OR<br><br>Depth of Excavation > 12'<br><br>OR<br><br>Proposed Construction is on a lot line with an existing structure<br><br>OR<br><br>Proposed Height > 35' | NO | Foundation and earthwork[1] | Tallest Adjacent Building < 7 stories and < 75 feet | $5 million |
| | | | Tallest Adjacent Building between 7-14 stories and <150 Feet<br><br>OR<br><br>Tallest Adjacent Building <=14 stories and between 75-150 feet | $10 million |
| | | | Tallest Adjacent Building > 14 stories or >= 150 feet | $15 million |
| | | Full Demo[1] | Tallest Adjacent Building < 7 stories and < 75 feet | $5 million |
| | | | Tallest Adjacent Building between 7-14 stories and < 150 feet<br><br>OR<br><br>Tallest Adjacent Building <=14 stories and between 75-150 feet | $15 million |
| | | | Tallest Adjacent Building > 14 stories or >= 150 feet | $25 million |

| | | | | |
|---|---|---|---|---|
| | | New Building[1] or Major Alteration[1] | Proposed Number of Stories < 7 stories and < 75 feet AND Tallest Adjacent Building < 7 stories and < 75 feet | $5 million |
| | | | Proposed Number of Stories between 7-14 stories and < 150 feet AND Tallest Adjacent Building <=14 stories or < 150 feet<br><br>OR<br><br>Proposed Number of Stories <=14 stories and between 75-150 feet AND Tallest Adjacent Building <=14 stories or <150 feet<br><br>OR<br><br>Tallest Adjacent Building between 7-14 stories and < 150 feet AND Proposed Number of Stories <=14 stories or <150 feet<br><br>OR<br><br>Tallest Adjacent Building <=14 stories and between 75-150 feet AND Proposed Number of Stories <=14 stories or < 150 feet | $15 million |
| | | | Proposed Number of Stories > 14 stories or >= 150 feet<br><br>OR<br><br>Tallest Adjacent Building > 14 stories or >= 150 feet | $25 million |
| | YES | ALL Permits[1] | N/A | $80 million |
| Raising or moving a building | N/A | Alteration Type 1 or Type 2 | N/A | $2 million |
| ALL OTHER PERMITS | | | | N/A, but comply with the requirements of (d)(1)(iv) |
| [1] Other than a storage shed, garage, or similar accessory use to a residential structure | | | | |
| [2] Does not include a self-erecting tower crane provided the setup of the self-erecting tower crane does not require a boom, mast, or jib section, or other attachment, to be installed at the site. | | | | |

(iii)    In its sole discretion, the department may allow a permittee to satisfy the requirements of subparagraphs (i) and (ii) of this paragraph through a self-insurance program.

(iv)    With regard to all permits (or permit renewals) for which project-specific liability insurance is not required under Table 1 in subparagraph (ii) of this paragraph, prior to an application for the issuance (or renewal) of such permit, the permittee shall procure and maintain general liability insurance if required of the permittee as a licensee under section 104-02 for all operations performed pursuant to the permit.

(v)    With regard to the installation of sidewalk sheds and scaffolds, including those scaffolds for which notification to the department is required and a permit is not required, prior to an application for the issuance (or renewal) of a permit or the provision of notification, the installer shall procure and maintain commercial general liability insurance in the amount of one million dollars ($1,000,000). Such insurance shall satisfy the requirements set forth in clauses (A) through (E) of subparagraph (i) of this paragraph.

(vi)    With regard to the installation of supported scaffolds for which neither notification to the department nor a permit is required, the installer shall procure and maintain commercial general liability insurance in the amount of one million dollars ($1,000,000). Such insurance shall satisfy the requirements set forth in clauses (A) through (E) of subparagraph (i) of this paragraph.

(2)    Workers' compensation insurance. As a condition to the issuance or renewal of a permit, the permittee shall procure and maintain workers' compensation insurance as required by law.

(3)    Disability benefits insurance. As a condition to the issuance or renewal of a permit, the permittee shall procure and maintain disability benefits insurance as required by law.

(e)    **Exemptions.**

(1)    Homeowners applying for permits for work on their own one, two or three family dwellings who obtain a waiver of New York State workers' compensation and/or disability insurance from the New York State Workers' Compensation Board are exempt from the requirements of paragraphs (2) and/or (3) of subdivision (d) of this section.

(2)    Where there are no employees in the company or business of a permittee, the permittee is exempt from the requirements of paragraphs (2) and (3) of subdivision (d) of this section.

(3)    Emergency work. When the department issues an emergency declaration or an immediate emergency declaration, the demolition contractor shall provide the department with proof of insurance conforming to the requirements of this section prior to commencing the demolition work. Contractors employed by the city for such emergency work shall have such insurance but need not provide proof prior to commencing the demolition work.

(f)    **Notification.** Regardless of whether it has procured liability insurance in accordance with section 104-02 of these rules (as licensee of the department) or with this section, the permittee shall notify in writing all of liability insurance carriers of any loss, damage, injury, or accident, and any claim or suit arising out of or relating to any operations performed by or on behalf of the permittee for which the department has issued it a permit (including an injury or accident affecting permittee's own employees) no later than 20 days after such event. Such notice to liability carriers must expressly specify that "this notice is being given on behalf of the city of New York as Additional Insured as well as the Named Insured." Such notice shall also contain the following information: the name of the named insured, the number of the permit, the date of the occurrence, the location (street address and borough) of the occurrence, and the identity of the persons or things injured, damaged or lost. The permittee shall simultaneously send a copy of such notice to the city of New York c/o Insurance Claims Specialist, Affirmative Litigation Division, New York City Law Department, 100 Church Street, New York, New York 10007.

(g)    **Proof of liability insurance.** When commercial general liability insurance is required under paragraph (1) of subdivision (d) of this section the insured shall file with the department, at the time the insured applies

for a permit (or permit renewal) or provides required notification, a certificate of insurance relating to such insurance in a form prescribed by the department and a sworn statement from a licensed insurance broker in a form prescribed by the department.

(h)     **Copies of insurance policies.**  The permittee shall provide a copy of any required policy within thirty (30) days of a request for such policy by the department or by the New York City Law Department.

(i)     **Maintenance of insurance.**  The permittee shall maintain the insurance required under this rule in full force and effect for the duration of the permit and any renewals thereof.  In the event any required insurance expires, is cancelled or otherwise terminates without being simultaneously replaced with new or renewed insurance satisfying the requirements of this rule, the permittee shall immediately notify the department of such fact.  If any required insurance is found at any time to be to absent or non-compliant, the department may issue the permittee a stop work order relating to the permit at issue.

(j)     **Indemnification.**  Regardless of whether it has procured insurance in accordance with section 104-02 of these rules (as a licensee of the department) or with this section, the permittee shall indemnify, defend and hold the city and its officials and employees harmless against any and all claims, liens, demands, judgments, penalties, fines, liabilities, settlements, damages, costs and expenses of whatever kind or nature (including, without limitation, attorneys' fees and disbursements), known or unknown, contingent or otherwise, allegedly arising out of or in any way related to operations for which the department has issued a permit and/or the permittee's failure to comply with any of the requirements set forth herein or law.  Insofar as the facts and law relating to any claim would preclude the city and its officials and employees from being completely indemnified by the permittee, the city and its officials and employees shall be partially indemnified by the permittee to the fullest extent permitted by law.

(k)     **Failure to secure or maintain insurance.**  In the event a permittee fails to secure or maintain insurance in full compliance with this section, such permittee shall be obligated to indemnify the city pursuant to subdivision (j) of this section and/or pay the city all amounts arising from such failure, including but not limited any settlement or judgment paid by the city on an uninsured claim or action, plus a sum equal to the reasonable costs of defending such claim or action.  The city's right to such amounts are additional to all other rights the city may have arising from a violation of these regulations or otherwise under the law.

(l)     **Failure to enforce.**  A failure by the city or by the department to enforce any of the foregoing requirements shall not constitute a waiver of such requirement or any other requirement.