# EXHIBIT E

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

**PRESENT:** __DEBRA A. JAMES__                                    **PART 59**
*Justice*

THE BURLINGTON INSURANCE COMPANY,

                              Plaintiff,

                    - v -

MJR CONSTRUCTION SERVICES CORP.,

                              Defendant.

**Index No.:** __653129/16__

**Motion Date:** __03/09/17__

**Motion Seq. No.:** __03__

The following papers, numbered 1 to 1 were read on this motion to dismiss.

| | No(s). |
|---|---|
| Notice of Motion/Order to Show Cause -Affidavits -Exhibits | 1 |
| Answering Affidavits - Exhibits | |
| Replying Affidavits - Exhibits | |

**Cross-Motion:** ☐ Yes ☒ No

Upon the foregoing papers,

Non-party Alterra America Insurance Company and Evanston Insurance Company, as Successor by Merger to Alterra Excess & Surplus Insurance Company (Alterra), moves for an order permitting Altera to intervene in the above-captioned action pursuant to CPLR 1013. There is no opposition to this application.

Accordingly, it is

ORDERED that the motion is granted, and the Alterra America Insurance Company and Evanston Insurance Company, as Successor by

*(left margin, rotated text)* MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):

1. CHECK ONE: ..................... ☐ CASE DISPOSED          ☒ NON-FINAL DISPOSITION
2. CHECK AS APPROPRIATE: MOTION IS: ☐ GRANTED ☒ DENIED  ☐ GRANTED IN PART ☐ OTHER
3. CHECK IF APPROPRIATE: ......... ☐ SETTLE ORDER          ☐ SUBMIT ORDER
                                    ☐ DO NOT POST ☐ FIDUCIARY APPOINTMENT ☐ REFERENCE

Case 1:25-cv-07817-CM-RFT    Document 14-6    Filed 09/25/25    Page 3 of 4

Merger to Alterra Excess & Surplus Insurance Company be permitted to intervene in the above-entitled action as a party plaintiff; and it is further

ORDERED that the summons and complaint in the above-entitled action be amended by adding Alterra America Insurance Company and Evanston Insurance Company, as Successor by Merger to Alterra Excess & Surplus Insurance Company thereto as a party plaintiff and listing Alterra America Insurance Company and Evanston Insurance Company, as Successor by Merger to Alterra Excess & Surplus Insurance Company as the last plaintiff in the caption; and it is further

ORDERED that Alterra America Insurance Company and Evanston Insurance Company, as Successor by Merger to Alterra Excess & Surplus Insurance Company serve its complaint upon the attorneys for the plaintiff and the defendant within 20 days from service of a copy of this order with notice of entry; and it is further

ORDERED that the attorney for the intervenor shall serve a copy of this order with notice of entry upon the County Clerk (Room 141B 60 Centre Street) and upon the General Clerk's Office (Room 119 60 Centre Street), who are directed to amend their records to reflect such change in the caption herein; and it is further

-2-

-3-

ORDERED that counsel are directed to appear for a preliminary conference in Room 331, 60 Centre Street on June 13, 2017, at 9:30 am.

This is the decision and order of the court.

Dated: ___MAR 2 1 2017___            ENTER:

DEBRA A. JAMES J.S.C.