# EXHIBIT G

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

**PRESENT:** __DEBRA A. JAMES__          **PART 59**
              *Justice*

|  |  |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, ALTERRA AMERICA INSURANCE COMPANY, and EVANSTON INSURANCE COMPANY, as Successor by Merger to Alterra Excess & Surplus Insurance Company, | Index No.: __653129/16__ <br><br> Motion Date: __09/08/17__ <br><br> Motion Seq. No.: __04__ |

                                    Plaintiffs,

                        - v -

MJR CONSTRUCTION SERVICES CORP.,

                                    Defendant.

The following papers, numbered 1 to 1 were read on this motion to dismiss.

| | No(s). | |
|---|---|---|
| Notice of Motion/Order to Show Cause -Affidavits -Exhibits | No(s). | 1 |
| Answering Affidavits - Exhibits | No(s). | |
| Replying Affidavits - Exhibits | No(s). | |

<div style="writing-mode: vertical">MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):</div>

**Cross-Motion:** ☐ Yes  ☒ No

Upon the foregoing papers,

Plaintiffs ALTERRA AMERICA INSURANCE COMPANY, and EVANSTON INSURANCE COMPANY, as Successor by Merger to Alterra Excess & Surplus Insurance Company move for an Order pursuant to CPLR Section 3215, entering judgment by default against defendant MJR CONSTRUCTION SERVICES CORP. Plaintiffs move for a declaration that Alterra Policy Nos. MAX3EC50000207, MAX3EC50000385, MAX3EC50000207 and MAX3EC500001358 are null, void ab initio,

1. CHECK ONE: .................. ☐ **CASE DISPOSED**     ☒ **NON-FINAL DISPOSITION**
2. CHECK AS APPROPRIATE: MOTION IS: ☐ **GRANTED** ☒ **DENIED** ☐ **GRANTED IN PART** ☐ **OTHER**
3. CHECK IF APPROPRIATE: ......... ☐ **SETTLE ORDER**        ☐ **SUBMIT ORDER**
                                    ☐ **DO NOT POST** ☐ **FIDUCIARY APPOINTMENT** ☐ **REFERENCE**

rescinded, and that no benefit under the Policies is due and/or owing to defendant MJR CONSTRUCTION SERVICES CORP. or anyone with a claim against defendant based on the alleged forgery of documents provided to Alterra in connection with the application and issuance of the Policies.  Defendant has defaulted on the motion.

Plaintiffs have submitted proof of service of the summons and complaint and proof of service of this motion upon defendant. Defendant has defaulted in appearance on this motion.  Plaintiff has further submitted an affidavit of facts pursuant to CPLR 3215 (f), as well as evidence of the default of defendants by attorney affirmation.  Plaintiff has also submitted proof of the additional mailing of the summons required by CPLR 3215(g)(4). This motion is brought within one year of the default.  The court shall therefore grant a declaratory judgment on default against defendant for the relief sought in the Complaint.

ORDERED that plaintiffs ALTERRA AMERICA INSURANCE COMPANY, and EVANSTON INSURANCE COMPANY, as Successor by Merger to Alterra Excess & Surplus Insurance Company's motion for a declaratory judgment is granted; and it is further

ADJUDGED and DECLARED that plaintiffs ALTERRA AMERICA INSURANCE COMPANY, and EVANSTON INSURANCE COMPANY, as Successor by Merger to Alterra Excess & Surplus Insurance Company Policy Nos. MAX3EC50000207, MAX3EC50000385, MAX3EC50000207 and

-2-

Case 1:25-cv-07817-CM-RFT    Document 14-8    Filed 09/25/25    Page 4 of 4

MAX3EC500001358 are null, void ab initio, rescinded, and that no benefit under the Policies is due and/or owing to defendant MJR CONSTRUCTION SERVICES CORP. or anyone with a claim against defendant based on these insurance policy numbers; and it is further

ADJUDGED and DECLARED that plaintiffs ALTERRA AMERICA INSURANCE COMPANY, and EVANSTON INSURANCE COMPANY, as Successor by Merger to Alterra Excess & Surplus Insurance Company have no duty or obligation to defend or indemnify defendant with respect to claims asserted in the underlying lawsuits <u>R.A. Luxury LLC, et al v. The Chetrit Group, et al.</u>, filed in New York County Supreme Court under the Index Number 150365/2016, and <u>Assurance Co. Of America a/s/o Reem Bridals, LLC, et al v. Cornell 245-247 LLC, et al.</u>, filed in New York County Supreme Court under the Index Number 150020/2016.

This is the decision and order of the court.

Dated:  DEC 2 1 2017                    ENTER:

 

DEBRA A. JAMES, J.S.C.

-3-