# EXHIBIT H

# SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

**PRESENT:**  **DEBRA A. JAMES**  **PART  59**
*Justice*

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, ALTERRA AMERICA INSURANCE COMPANY, and EVANSTON INSURANCE COMPANY, as Successor by Merger to Alterra Excess & Surplus Insurance Company, | Index No.: __653129/16__ <br><br> Motion Date: __09/08/17__ <br><br> Motion Seq. No.:__04__ |

Plaintiffs,

- v -

MJR CONSTRUCTION SERVICES CORP.,

Defendant.

The following papers, numbered 1 to 1 were read on this motion to dismiss.

| | No(s). |
|---|---|
| Notice of Motion/Order to Show Cause -Affidavits -Exhibits | 1 |
| Answering Affidavits - Exhibits | |
| Replying Affidavits - Exhibits | |

**Cross-Motion:**  ☐ **Yes**  ☒ **No**

Upon the foregoing papers,

ORDERED that the Order of December 21, 2017 resolving motion sequence 004 in this action is VACATED, RESETTLED AND CORRECTED AS PURSUANT TO CPLR 5019 [ see Kiker v Nassau County, 85 NY2d 879 (1995)].

Plaintiffs ALTERRA AMERICA INSURANCE COMPANY, and EVANSTON INSURANCE COMPANY, as Successor by Merger to Alterra Excess & Surplus Insurance Company move for an Order pursuant to CPLR Section 3215, entering judgment by default against defendant MJR

*MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):*

1. CHECK ONE: .................... ☒ CASE DISPOSED    ☐ NON-FINAL DISPOSITION
2. CHECK AS APPROPRIATE: MOTION IS: ☒ GRANTED ☐ DENIED ☐ GRANTED IN PART ☐ OTHER
3. CHECK IF APPROPRIATE: ......... ☐ SETTLE ORDER    ☐ SUBMIT ORDER
☐ DO NOT POST ☐ FIDUCIARY APPOINTMENT ☐ REFERENCE

CONSTRUCTION SERVICES CORP. Plaintiffs move for a declaration that Alterra Policy Nos. MAX3EC50000207, MAC3EC50000385, MAC3EC50001169 and MAC3EC50001358 are null, void ab initio, rescinded, and that no benefit under the Policies is due and/or owing to defendant MJR CONSTRUCTION SERVICES CORP. or anyone with a claim against defendant based on the alleged forgery of documents provided to Alterra in connection with the application and issuance of the Policies. Defendant has defaulted on the motion.

Plaintiffs have submitted proof of service of the summons and complaint and proof of service of this motion upon defendant. Defendant has defaulted in appearance on this motion. Plaintiff has further submitted an affidavit of facts pursuant to CPLR 3215 (f), as well as evidence of the default of defendants by attorney affirmation. Plaintiff has also submitted proof of the additional mailing of the summons required by CPLR 3215(g)(4). This motion is brought within one year of the default. The court shall therefore grant a declaratory judgment on default against defendant for the relief sought in the Complaint.

ORDERED that plaintiffs ALTERRA AMERICA INSURANCE COMPANY, and EVANSTON INSURANCE COMPANY, as Successor by Merger to Alterra Excess & Surplus Insurance Company's motion for a declaratory judgment is granted; and it is further

ADJUDGED and DECLARED that plaintiffs ALTERRA AMERICA INSURANCE COMPANY, and EVANSTON INSURANCE COMPANY, as Successor by Merger to Alterra Excess & Surplus Insurance Company Policy

-2-

Nos. MAX3EC50000207, MAC3EC50000385, MAC3EC50001169 and MAC3EC500001358 are null, void <u>ab</u> <u>initio</u>, rescinded, and that no benefit under the Policies is due and/or owing to defendant MJR CONSTRUCTION SERVICES CORP. or anyone with a claim against defendant based on these insurance policy numbers; and it is further

ADJUDGED and DECLARED that plaintiffs ALTERRA AMERICA INSURANCE COMPANY, and EVANSTON INSURANCE COMPANY, as Successor by Merger to Alterra Excess & Surplus Insurance Company have no duty or obligation to defend or indemnify defendant with respect to claims asserted in the underlying lawsuits <u>R.A. Luxury LLC, et al v. The Chetrit Group, et al.</u>, filed in New York County Supreme Court under the Index Number 150365/2016, and <u>Assurance Co. Of America a/s/o Reem Bridals, LLC, et al v. Cornell 245-247 LLC, et al.</u>, filed in New York County Supreme Court under the Index Number 150020/2016, and <u>Rodriguez v. 1515 Bedford Avenue Realty LLC, et al.</u>, filed in New York County Supreme Court under the Index Number 150365/2016.

This is the decision and order of the court.

**Dated:** February 16, 2018

ENTER:

_____ J.S.C.

**DEBRA A. JAMES**

-3-

FILED: NEW YORK COUNTY CLERK 02/16/2018 04:24 PM
NYSCEF DOC. NO. 144

INDEX NO. 653129/2016
RECEIVED NYSCEF: 02/16/2018

# SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK

The Burlington Insurance Company

*Plaintiff(s)*

- against -

MJR Construction Services Corp

*Defendant(s).*

INDEX NO. 653129/16

IAS PART 59

~~STIPULATION~~ ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and between or among the attorneys named below as follows:

The defendant is hereby defaulted for Repeated failure to appear before the court.

~~CPLR~~ 22 NYCRR § 202.27 (a)

Mot. Seq. No. 004

granted on default; resettled order 1.16.18.

Action Disposed.

(Aclran & Associates)

_____
**Attorney for Plaintiff(s)**

_____
**Attorney for Defendant**

Trautmen Sanders

_____
**Attorney for ~~Defendant~~ Plaintiff Alterra and Evanston**

_____
**Attorney for Defendant**

Dated: 1/30/18

**SO ORDERED:**

**ENTER:** _____
**DEBRA A. JAMES** *J.S.C.*

2/14/17