# EXHIBIT I

<div style="border:1px solid black">

At IAS Part 59 of the
Supreme Court of the
State of New York,
County of New York, at
the Court House thereof,
60 Centre Street, New
York, New York, on the
_____ day of April, 2018.

</div>

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

------------------------------------------------------------- x

THE BURLINGTON INSURANCE COMPANY,           :
ALTERRA AMERICA INSURANCE                    :
COMPANY, and EVANSTON INSURANCE             :
COMPANY, as Successor by Merger to Alterra  :     Index No. 653129/2016
Excess & Surplus Insurance Company,          :
                                             :     (Hon. Debra A. James)
                 Plaintiffs,                 :     (Motion Seq. 004)
                                             :
        v.                                   :
                                             :     **CORRECTED ORDER**
MJR CONSTRUCTION SERVICES CORP.,             :
                                             :
                 Defendant.                  :

------------------------------------------------------------- x

ORDERED that the Order of February 16, 2018 (NYSCEF Doc No. 144) resolving

motion sequence 004 in this action is hereby CORRECTED pursuant to CPLR 5019.

The insurance policies specified on the top of page 2 and top of page 3 are hereby deleted

and in their place the following policy numbers are inserted: "MAX3EC50000207,

MAX3EC50000385, MAXA3EC50001169, and MAXA3EC50001358."

Dated: **APR 0 9 2018**
_____

Enter:

_____
The Honorable Debra A. James, J.S.C.
**DEBRA A. JAMES**