# AMINI LLC

Charles Wollman
MEMBER NY & NJ BARS

212.497.8278
cwollman@aminillc.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2025

MEMO ENDORSED

October 27, 2025

**VIA ECF**

The Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

Re:   **Reem Bridals, LLC v. The Burlington Insurance Company, et al.; 25-cv-07817**

Dear Judge McMahon:

We represent Plaintiff in the above-referenced action and write jointly on behalf of all parties. We request that the Court advise the parties whether it intends to proceed with the initial conference in this matter. The conference is currently scheduled to occur in-person on November 6, 2025.

The parties have filed today a stipulated case management plan for the Court's review and approval. Defendant Alterra America Insurance Company n/k/a Pinnacle National Insurance Company has moved to dismiss the action and that motion is scheduled to be fully briefed by November 3. In these circumstances, the Court's September 25, 2025 order (ECF No. 12, ¶ 2) suggests that the conference will be cancelled automatically, but the Court's individual rules (§ III.B.) suggest that the conference will not be cancelled automatically.

We would appreciate the Court's clarification on this matter.

Respectfully submitted,

/s/ Charles Wollman

Charles Wollman

cc: counsel of record

*[Handwritten annotation: 10/29/2025 — There should be no need for clarification. If your order is submitted and meets with my approval we do not need a conference.]*

131 WEST 35TH STREET, 12TH FLOOR • NEW YORK, NY 10001
P 212.490.4700 • F 212.497.8222 • www.aminillc.com