UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REEM BRIDALS, LLC,<br><br>                    Plaintiff,<br><br>        -against-<br><br>THE BURLINGTON INSURANCE COMPANY, et al,<br><br>                    Defendants. | 25-cv-7817 (CM) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A discovery conference was held on January 21, 2026. As discussed at the conference, Defendants shall provide Plaintiff with their privilege logs by **January 23, 2026**. Defendants shall provide Plaintiff with an update on whether they expect to produce additional documents by **January 27, 2026**. Any application for an extension of the discovery schedule should be directed to Judge McMahon.

DATED:  January 21, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge