UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REEM BRIDALS, LLC,

                  Plaintiff,

    -against-

THE BURLINGTON INSURANCE COMPANY, et al,

                Defendants.

25-cv-7817 (CM) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Monday, February 9, 2026** at **2:00 pm**. The parties should be prepared to discuss Plaintiff's letter at ECF 45. The parties are directed to join the conference at the scheduled time. Please dial **(646) 453-4442**, Access Code: **738 501 323#**.

DATED:  January 30, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge