UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| REEM BRIDALS, LLC,<br><br>          Plaintiff,<br><br>  -against-<br><br>THE BURLINGTON INSURANCE COMPANY, et al,<br><br>          Defendants. | 25-cv-7817 (CM) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's motion to compel (ECF 45) is GRANTED IN PART, in that Defendants are ordered to provide a copy of their document productions that remove the redactions of information that Defendants maintain is irrelevant to this case. The parties shall meet and confer on the form of a proposed protective order and shall submit a proposed protective order for the Court's review by **February 12, 2026**. Also by **February 12, 2026**, the parties shall submit a joint letter to the Court addressing the status of their discovery disputes involving (a) production of policies from other time periods; (b) Burlington's ability to submit a declaration confirming that substantially all relevant email files were placed in the claims and underwriting files, and if not, a schedule for production of documents from the email files of certain Burlington's employees; (c) Alterra's timeframe for completing its production; and (d) any other discovery-related issues the parties wish to bring to the Court's attention at this time.

The Clerk of Court is respectfully requested to terminate ECF 45.

DATED:  February 9, 2026
      New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge