UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REEM BRIDALS, LLC,

                Plaintiff,

    -against-

THE BURLINGTON INSURANCE COMPANY, et al,

                Defendants.

25-cv-7817 (CM) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 12, 2026, the parties filed a proposed protective order on the docket (ECF 51). The Parties are directed to file a signed version of the proposed protective order on the docket for the Court's review and approval by **February 18, 2026**.

A telephonic conference is scheduled for **Thursday, February 19, 2026** at **2:00 pm**. The parties should be prepared to discuss the joint letter at ECF 52. The parties are directed to join the conference at the scheduled time. Please dial **(646) 453-4442**, Access Code: **968 262 979#**.

DATED:  February 13, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge