UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| REEM BRIDALS, LLC,<br><br>            Plaintiff,<br><br>  -against-<br><br>THE BURLINGTON INSURANCE COMPANY, et al,<br><br>          Defendants. | 25-cv-7817 (CM) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's request for discovery (ECF 52). As discussed at the discovery conference held on February 19, 2026, and for the reasons stated on the record:

1. Plaintiff and Burlington shall provide an update to the Court by **February 26, 2026** on the question of a possible supplemental production by Burlington and on the identity of Burlington's 30(b)(6) witness and the proposed dates for the depositions.

2. Plaintiff and Alterra agreed that the 30(b)(6) depositions of Alterra's witnesses shall take place before the end of March 2026, and Alterra shall by **March 5, 2026** provide Plaintiff with proposed dates for the depositions.

3. Alterra shall provide 30(b)(6) depositions on Plaintiff's topics 4 and 5.

DATED: February 20, 2026
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge