UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REEM BRIDALS, LLC,

              Plaintiff,

-against-

THE BURLINGTON INSURANCE COMPANY, et al,

              Defendants.

25-cv-7817 (CM) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Letter Motion for Discovery [ECF 61] will be discussed at a telephonic conference scheduled for **Friday, March 6, 2026** at **11:30 AM**. Counsel for Mr. Fitzgerald is directed to attend. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 690 404 595#.

Counsel for Plaintiff is ORDERED to serve a copy of this order by email and regular mail on Mr. Fitzgerald's counsel and to file proof of service of the same by **March 2, 2026**.

Any responses to Plaintiff's letter-motion for discovery shall be filed on the docket in this case by **March 5, 2026.**

DATED:  February 27, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge