UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REEM BRIDALS, LLC,<br><br>         Plaintiff,<br><br>-against-<br><br>THE BURLINGTON INSURANCE COMPANY, et al,<br><br>         Defendants. | 25-cv-7817 (CM) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on March 6, 2026, Plaintiff's motion to compel a non-party deposition (ECF 61) is granted, and the deposition of Leo Fitzgerald shall be held in person in New York City on **April 20, 2026**, and shall last for **four hours**. To the extent that Plaintiff believes that additional time is needed, it may make a renewed application.

The Clerk of Court is respectfully requested to terminate ECF 61.

DATED:  March 6, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge