UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REEM BRIDALS, LLC,<br><br>                    Plaintiff,<br><br>          -against-<br><br>THE BURLINGTON INSURANCE COMPANY, et al,<br><br>                    Defendants. | 25-cv-7817 (CM) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on March 20, 2026, Alterra's motion for a protective order (ECF 68) is GRANTED IN PART and DENIED IN PART; Alterra shall be required to provide a 30(b)(6) witness to testify on (1) identification of all Alterra policies issued to Plaintiff containing total pollution exclusion provisions and (2) practices regarding the issuance of policies containing total pollution exclusion provisions during the relevant period. Alterra is not required to provide a 30(b)(6) witness to testify on specific policies issued to entities other than Plaintiff containing total pollution exclusion provisions during the relevant period.

The Clerk of Court is respectfully requested to terminate ECF 68.

DATED:  March 20, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge