Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

**troutman
pepper locke**

troutman.com

---

**Richard J. Pratt**
D 202.662.2077
Richard.Pratt@troutman.com

**Matthew J. Griffin**
D 202.274.2949
Matthew.Griffin@troutman.com

May 4, 2026

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

**Re:    Case No. 1:25-cv-07817-CM-RFT; Reem Bridals, LLC v. The Burlington Insurance
Company and Evanston Insurance Company as successor by merger to Alterra
Excess & Surplus Insurance Company**

Dear Judge Tarnofsky:

We represent Defendant Evanston Insurance Company as successor by merger to Alterra Excess
& Surplus Insurance Company ("Evanston") and write with the consent of Plaintiff Reem Bridals,
LLC ("Reem" and, together with Evanston, the "Moving Parties") to request an adjournment of
the telephonic conference currently scheduled for Friday, May 8, at 4:00 p.m. EST (ECF No. 76)
(the "Pre-motion Conference") and for reciprocal one-day extensions of the Moving Parties'
currently operative briefing deadlines in connection with Evanston's Letter-Motion to Quash
Reem's Subpoena Directed to Attorney Daniel Cohen (ECF No. 73, the "Letter-Motion").

Lead counsel for Evanston, Richard J. Pratt's ("Mr. Pratt") son is currently scheduled for surgery
on Friday, May 8, the same day as the Pre-motion Conference. Consequently, Mr. Pratt is currently
unable to attend the Pre-motion Conference. The Moving Parties met and conferred via telephone
earlier today and agreed to request a modest adjournment of the Pre-motion Conference from
Friday, May 8, until next week (or at any time thereafter at a time convenient for the Court).
Additionally, earlier today, counsel for Reem emailed counsel for Evanston and requested
Evanston's consent to file its opposition to the Letter-Motion tomorrow, May 5, 2026, rather than
today.  During today's meet-and-confer teleconference, counsel for Evanston requested a
reciprocal one-day extension of Evanston's deadline to file its reply in support of the Letter-
Motion, and counsel for Reem agreed. Defendant The Burlington Insurance Company
("Burlington") confirmed that it does not object to the extension requests and adjournment
requested herein.  Accordingly, we request the below modest adjournment of the Pre-motion
Conference and extension of the associated briefing deadlines.

The Honorable Robyn F. Tarnofsky
May 4, 2026
Page 2

**troutman**
**pepper locke**

| Filing/Event | Current Deadline/Scheduled Appearance | Proposed Deadline/Scheduled Appearance |
|---|---|---|
| Reem's Opposition to the Letter Motion | May 4, 2026 | May 5, 2026 |
| Evanston's Reply in support of the Letter Motion | May 5, 2026 | May 7, 2026 |
| Pre-motion Conference | May 8, 2026 | May 15, 2026 |

There have been no previous requests for adjournment or extension of the above deadlines or scheduled appearances. Reem and Burlington consent to the above extensions and adjournment.

Respectfully submitted,

**TROUTMAN PEPPER LOCKE LLP**

By_____
Richard J. Pratt
Matthew J. Griffin

Cc:     All counsel of record via ECF

Application **GRANTED.** The pre-motion conference scheduled for May 8, 2026, will now be held on Friday **May 15, 2026** at **10:30 AM.** The parties are directed to join the conference at the scheduled time. Please dial **(646) 453-4442**, Access Code: **668 090 271#.**

Plaintiff's Opposition to the Letter motion filed at ECF 73 shall be filed by **May 5, 2026**; Evanston's Reply shall be filed by **May 7, 2026.**

The Clerk of Court is respectfully requested to terminate ECF 77.

Dated: May 5, 2026
        New York, NY

SO ORDERED

_____
**ROBYN F. TARNOFSKY**
**UNITED STATES MAGISTRATE JUDGE**