UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REEM BRIDALS, LLC,

                    Plaintiff,

        -against-

THE BURLINGTON INSURANCE COMPANY, et al,

                    Defendants.

25-cv-7817 (CM) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties are directed to appear for an oral argument on the Motion to Dismiss

(ECF 13) on Monday, June 29, 2026 at 10:00 AM in Courtroom 9B at 500 Pearl Street, New

York, NY. The parties will each have 30 minutes for their arguments.

DATED:  May 22, 2026
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge