Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022



troutman.com

**Richard J. Pratt**
D 202.662.2077
Richard.Pratt@troutman.com

May 27, 2026

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007

**Matthew J. Griffin**
D 202.274.2949
Matthew.Griffin@troutman.com

Application **GRANTED.** The Oral Argument scheduled for June 29, 2026 will now be held on **Thursday, July 2, 2026, at 10:00 AM** in Courtroom 9B at 500 Pearl Street, New York, NY.

The Clerk of Court is respectfully requested to terminate ECF 88.

Dated: May 27, 2026
        New York, NY

SO ORDERED

*Ronian*

**ROBYN F. TARNOFSKY**
**UNITED STATES MAGISTRATE JUDGE**

Re:    Case No. 1:25-cv-07817-CM-RFT; Reem Bridals, LLC v. The Burlington Insurance
       Company and Evanston Insurance Company as successor by merger to Alterra
       Excess & Surplus Insurance Company

Dear Judge Tarnofsky:

We represent Defendant Evanston Insurance Company as successor by merger to Alterra Excess & Surplus Insurance Company and write with the consent of Co-Defendant The Burlington Insurance Company and Plaintiff Reem Bridals, LLC (Evanston, Burlington and Reem are the "Parties" herein) to request an adjournment of the oral argument on Evanston's Motion to Dismiss (ECF No. 13) currently scheduled for Monday, June 29, at 10:00 a.m. ET (ECF No. 87, the "Oral Argument").

The Parties met and conferred via telephone yesterday, May 26, about all Parties' schedules. Understanding that the Court is closed on July 3 in observation of Independence Day, the Parties agree to Evanston's request for a modest adjournment of the Oral Argument from Monday, June 29, until either (1) July 2, 2026; or (2) July 13, 2026 (or any day thereafter convenient for the Court). Accordingly, we request the below modest adjournment of the Oral Argument.

| Event | Scheduled Appearance | Proposed Appearance |
|-------|---------------------|---------------------|
| Oral Argument | June 29, 2026 | July 2, or July 13 or thereafter, 2026 |

There have been no previous requests for adjournment of the Oral Argument.

**The Honorable Robyn F. Tarnofsky**
May 27, 2026
Page 2

---

Respectfully submitted,

**TROUTMAN PEPPER LOCKE LLP**

By⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Richard J. Pratt
Matthew J. Griffin

Cc:    All counsel of record via ECF