UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Reem Bridals, LLC, | 25-CV-07817 (CM) (RFT) |
| Plaintiff, | |
| -against- | **ORDER** |
| The Burlington Insurance Company, | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

For the upcoming oral argument scheduled for July 2, 2026:

1. By **June 15, 2026**, the parties shall submit a letter to the court indicating whether electronic devices, aside from phones and laptops, are needed and stating specifically what device they need and why they need it.

2. Also by **June 15, 2026**, any Attorney who wish to bring a phone and/or laptop must fill out the attached device order and submit it to chambers at TarnofskyNYSDChambers@nysd.uscourts.gov. If any Attorney is also requesting WIFI, an explanation of why it is necessary should be noted in the email.

3. On July 2, 2026, Counsel are welcome to enter Courtroom 9B starting at 9:30 AM for any necessary preparation.

DATED:  June 5, 2026
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge